**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN E. CASABURRO,**

                **Plaintiff,**

**-vs-**                                           **Case No. 6:11-cv-2032-Orl-22DAB**

**AT&T (FLORIDA) A/K/A AT&T**
**CORPORATION, DEFENDANTS**
**UNKNOWN,**

                **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on December 21, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. However, in light of Plaintiff's limited resources, the Court will not require payment of the filing fee at this time. Plaintiff will be given a final opportunity to allege a cognizable claim. If he is able to do so, the Court will permit Plaintiff to pay the filing fee in installments. If he is unable to do so, the amended complaint will be dismissed and this case will be closed. In drafting the amended complaint Plaintiff shall state the specific provisions of

the federal statutes he alleges were violated and shall set forth facts to show a violation occurred, and that there is a basis for legal relief. Plaintiff must provide support in the statement of facts for the claimed violations. Plaintiff should consider consulting with Legal Aid or a lawyer referral service for guidance.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 4, 2012 (Doc. No. 5) is ADOPTED and CONFIRMED in part.

2. The Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is DENIED and the Complaint is hereby DISMISSED.

3. Plaintiff shall file an Amended Complaint by April 25, 2012 that remedies the defects noted in the Report and Recommendation. Failure to file the Amended Complaint as directed shall result in dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 22, 2012.

Copies furnished to:

John E. Casaburro, *pro se*

ANNE C. CONWAY
United States District Judge