# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN E. CASABURRO,**

      **Plaintiff,**

**V.**                                      **Case No:  6:11-cv-2032-Orl-22DAB**

**AT&T and DEFENDANTS UNKNOWN,**

      **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 12) filed on April 17, 2012.

The United States Magistrate Judge has submitted a report recommending that the Amended Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed April 17, 2012 (Doc. No. 12), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Amended Complaint is hereby DISMISSED.

3.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 7, 2012.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

John E. Casaburro, *pro se*